United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

KATHERINE WILSON,
Plaintiff,

v.

GOOGLE LLC,
Defendant.

Case No. 24-cv-03176-BLF

**ORDER STRIKING PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S REQUEST FOR JUDICIAL NOTICE FOR FAILURE TO COMPLY WITH STANDING ORDERS**

[Re: ECF Nos. 22, 23]

Plaintiff has submitted an Opposition to Defendant's Motion to Dismiss, ECF No. 22, and an Opposition to Defendant's Request for Judicial Notice, ECF No. 23, that fail to comply with this Court's standing orders because they combine to exceed the allowed page limits. *See* Standing Order re Civil Cases § IV.A. Specifically, the 25-page Opposition to Defendant's Motion to Dismiss, ECF No. 22, and four-page Opposition to Defendant's Request for Judicial Notice, ECF No. 23, combine to exceed 29 pages. *See* Standing Order re Civil Cases §§ IV.A.4, IV.G ("the request for judicial notice . . . will be counted against the page limits for the brief to which it relates").

The Oppositions at ECF Nos. 22 and 23 are hereby STRICKEN. Plaintiff SHALL refile compliant documents no later than **August 13, 2024**.

**IT IS SO ORDERED.**

Dated: August 6, 2024

BETH LABSON FREEMAN
United States District Judge